Kevin A. Griffiths
ISB #8187; kag@sgaidaho.com
SCANLAN GRIFFITHS + ALDRIDGE
913 W. River Street, Suite 310
Boise, Idaho 83702
Telephone (208) 991-1200
Fax (208) 908-0043

*Attorneys for Defendants Greensky Management Company, LLC; Greensky, LLC; and Greensky Administrative Services, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADRIAN RITA and JILL PHELAN-RITA, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENSKY MANAGEMENT COMPANY, LLC, a Georgia Limited Liability Company; GREENSKY, LLC, a Georgia Limited Liability Company; GREENSKY ADMINISTRATIVE SERVICES, LLC, a Georgia Limited Liability Company; and JOHN and JANE DOES 1-5,<br><br>Defendants. | Case No. _____<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1331 and 1441(a) (FEDERAL QUESTION)** |

Defendants GreenSky Management Company, LLC; GreenSky, LLC; and GreenSky Administrative Services, LLC (collectively, "GreenSky") hereby remove this case from the Fourth Judicial District Court in and for Ada County, State of Idaho, Case No. CV01-22-18942, to the United States District Court for the District of Idaho, pursuant to 28 U.S.C. §§ 1331, 1441, 1446. In support of this Notice of Removal, GreenSky states as follows:

**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1331 and 1441(a) (FEDERAL QUESTION) – 1**

## I. INTRODUCTION

1. The United States District Court of the District of Idaho has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1331 because the civil action arises under the laws of the United States. Defendants may remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction" to the United States District Court "for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441.

2. On December 21, 2022, Plaintiffs filed a Civil Complaint against GreenSky in the District Court of the Fourth Judicial District of the State of Idaho in and for the County of Ada styled *Adrian Rita and Jill Phelan-Rita, husband and wife, Plaintiffs, vs. GreenSky Management Company, LLC, a Georgia Limited Liability Company; GreenSky, LLC, a Georgia Limited Liability Company; GreenSky Administrative Services, LLC, a Georgia Limited Liability Company; and John and Jane Does 1-5, Defendants, Case No. CV01-22-18942* ("Complaint"). *See* Attachment 2. At the time of filing this Notice of Removal, the state court matter is still pending in the District Court of the Fourth Judicial District of the State of Idaho in and for the County of Ada. *See* 28 U.S.C. § 1441(a).

3. Service of the Complaint and Summons was accepted by GreenSky's National Registered Agent on December 30, 2022. *See* Attachment 2 (Complaint); Attachment 3 (Summons); and Attachment 4 (Acceptance of Service).

4. Plaintiffs' assert claims against Defendants under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, and the Fair Credit Reporting Act, 15 U.S.C. §1681. As such, Plaintiffs' claims unequivocally involve laws of the United States.

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331 and 1441(a) because Plaintiffs' claims against Defendants arise under the laws of the United States.

**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1331 and 1441(a) (FEDERAL QUESTION) – 2**

## II.  28 U.S.C. § 1446 REQUIREMENTS

6.  **Removal is Timely**. GreenSky timely filed this Notice of Removal within 30 days of service of the Complaint. *See* 28 U.S.C. § 1446(b)(1).

7.  **Removal to this Court is Proper**. The Complaint was filed in the District Court of the Fourth Judicial District of the State of Idaho in and for the County of Ada. This Court is part of the "district and division within which such action is pending . . . ." 28 U.S.C. § 1446(a). Further, Defendants GreenSky Management Company, LLC; GreenSky, LLC; and GreenSky Administrative Services, LLC are currently the only defendants that have been joined and served and consent to this Notice of Removal. Therefore, there are no other defendants to join in or consent to the removal of this action under 28 U.S.C. § 1446(b)(2)(A).

8.  **Pleadings and Process.** Pursuant to 28 U.S.C. section 1446(a), a "copy of all process, pleadings, and orders served upon" GreenSky are attached to this Notice of Removal as Attachments 1-7. GreenSky has answered. *See* Attachment 7. No other pleadings, process, orders, or other papers in this case have been filed, served, or otherwise received by GreenSky, or are presently on file in the District Court of the Fourth Judicial District of the State of Idaho in and for the County of Ada. In the event that additional filings, if any, come to GreenSky's attention, GreenSky shall promptly provide this Court with true and correct copies of all such papers.

9.  **Notice to All Parties and the State Court.** Concurrent with filing of this Notice, GreenSky gave written notice of this Notice of Removal to Plaintiffs' counsel of record, and will file a copy of this Notice of Removal with the Clerk of the District Court of the Fourth Judicial District of the State of Idaho in and for the County of Ada. 28 U.S.C. § 1444(a), (d).

**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1331 and 1441(a) (FEDERAL QUESTION) – 3**

WHEREFORE, notice is given that this action is removed from the District Court of the Fourth Judicial District of the State of Idaho in and for the County of Ada, to the United States District Court for the District of Idaho.

DATED January 27, 2023.          SCANLAN GRIFFITHS + ALDRIDGE

By    /s/ Kevin A. Griffiths
Kevin A. Griffiths – Of the Firm

*Attorneys for Defendants Greensky Management Company, LLC; Greensky, LLC; and Greensky Administrative Services, LLC*

**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1331 and 1441(a) (FEDERAL QUESTION) – 4**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the January 27, 2023, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Gery W. Edson ☒ Email
GERY W. EDSON, P.A. gedson@gedson.com
250 South 5th Street, Suite 820
P.O. Box 448
Boise, ID  83701-0448
Telephone: (208) 345-8700
*Attorneys for Plaintiff*

 /s/ Kevin A. Griffiths
Kevin A. Griffiths

**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1331 and 1441(a) (FEDERAL QUESTION) – 5**