## Case Information

CV01-22-18942 | Adrian Rita, Jill Phelan Rita Plaintiff, vs. GreenSky Management Company LLC, GreenSky LLC, GreenSky Administrative Services LLC Defendant.

| Case Number | Court | Judicial Officer |
|---|---|---|
| CV01-22-18942 | Ada County District Court | Miller, Patrick |
| File Date | Case Type | Case Status |
| 12/21/2022 | AA- All Initial District Court Filings (Not E, F, and H1) | Active - Pending |

## Party

**Plaintiff**
Rita, Adrian

Active Attorneys ▾
Lead Attorney
Edson, Gery W.
Retained

**Plaintiff**
Phelan Rita, Jill

Active Attorneys ▾
Lead Attorney
Edson, Gery W.
Retained

**Defendant**
GreenSky Management Company LLC

Active Attorneys ▾
Lead Attorney
Griffiths, Kevin Alan
Retained

Defendant
GreenSky LLC

Active Attorneys ▾
Lead Attorney
Griffiths, Kevin Alan
Retained

Defendant
GreenSky Administrative Services LLC

Active Attorneys ▾
Lead Attorney
Griffiths, Kevin Alan
Retained

## Events and Hearings

12/21/2022 New Case - District Civil

12/21/2022 Civil Case Information Sheet

12/21/2022 Complaint Filed ▾

Comment
for Civil Penalties Injunctive Relief Punitive Damages and Other Relief

12/21/2022 Summons Issued ▾

Comment
and Filed

12/21/2022 Motion ▾

Comment
Ex Parte Motion for Service Outside the State of Idaho

12/21/2022 Summons ▾

Unserved

Unserved

Unserved

**12/27/2022 Order** ▾

Comment
Ex Parte Order for Service Outside the State of Idaho

**01/20/2023 Answer** ▾

Comment
to Complaint and Demand for Jury Trial (Griffiths for Defendants)

01/20/2023 Civil Case Information Sheet

## Financial

Rita, Adrian

| | | |
|---|---|---:|
| Total Financial Assessment | | $221.00 |
| Total Payments and Credits | | $221.00 |

| | | | | |
|---|---|---|---|---:|
| 12/21/2022 | Transaction Assessment | | | $221.00 |
| 12/21/2022 | EFile Payment | Receipt # 107726-2022-R01 | Rita, Adrian | ($221.00) |

GreenSky Management Company LLC

| | | |
|---|---|---:|
| Total Financial Assessment | | $136.00 |
| Total Payments and Credits | | $136.00 |

| | | | | |
|---|---|---|---|---:|
| 1/23/2023 | Transaction Assessment | | | $136.00 |
| 1/23/2023 | EFile Payment | Receipt # 05518-2023-R01 | GreenSky Management Company LLC | ($136.00) |

***CONFIDENTIAL* Case Information Sheet**
Fill out this form to start a **General Civil Law** case.
The information you give us is **private**.

| Case Number *(Clerk fills in case #):* |
| --- |
| **Exempt from Public Disclosure** |

## <u>DO NOT SERVE THIS DOCUMENT ON OTHER PARTIES</u>

**Complete this form for each of the parties for whom you are submitting this initial pleading.** It is not necessary to provide information about other parties.

The personal identifiers collected by the Court below are collected for the purpose of ensuring that the Court's party records are accurate and to better differentiate individuals or businesses with common names. It will be used for this purpose alone and will not be disclosed to the public including the parties in the subject lawsuit.

**Information about Party**

Name:

*First*　　　　　*Middle*　　　　　*Last*

Legal name of business entity:

Any other names used:

Address:

*Street*　　　　　*City*　　　　　*State*　*Zip*

Mailing Address (*if different*):

Phone numbers: *Home*　　*Work*　　*Cell*

Email:

Driver's License:　State　　Number　　Date of Birth:

If the accompanying pleading is filed on behalf of more than one party, provide information regarding those additional parties below.

**Information about Party**

Name:

*First*　　　　　*Middle*　　　　　*Last*

Legal name of business entity:

Any other names used:

Address:

*Street*　　　　　*City*　　　　　*State*　*Zip*

Mailing address (*if different*):

Phone numbers: *Home*　　*Work*　　*Cell*

Email:

Driver's License:　State　　Number　　Date of Birth:

<u>***COMPLETE INFORMATION FOR ADDITIONAL PARTIES ON ADDITIONAL PAGE(S) IF NECESSARY***</u>

GENERAL CIVIL CASE INFORM... **Attachment 1**

Electronically Filed
12/21/2022 11:35 AM
Fourth Judicial District, Ada County
Phil McGrane, Clerk of the Court
By: Della Swank, Deputy Clerk

Gery W. Edson
**GERY W. EDSON, P.A.**
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, ID  83701-0448
Telephone: (208) 345-8700
Fax: (208) 389-9449
Email:  gedson@gedson.com
ID Bar No. 2984
Attorneys for Plaintiffs

### IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| ADRIAN RITA and JILL PHELAN-RITA, husband and wife, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| GREENSKY MANAGEMENT COMPANY, LLC, a Georgia Limited Liability Company; GREENSKY, LLC, a Georgia Limited Liability Company; GREENSKY ADMINISTRATIVE SERVICES, LLC, a Georgia Limited Liability Company; and JOHN and JANE DOES 1-5; | ) ) ) ) ) ) ) ) |
| Defendant. | ) ) ) |

Case No.  CV01-22-18942

COMPLAINT FOR CIVIL PENALTIES, INJUNCTIVE RELIEF, PUNITIVE DAMAGES AND OTHER RELIEF

COME NOW, Adrian Rita and Jill Phelan-Rita, husband and wife, the above-named Plaintiffs (hereinafter "Plaintiffs"), by and through their undersigned attorney Gery W. Edson, and files this Complaint seeking enforcement for violations of the Fair Debt Collection Practices Act ("FDCPA") and the Fair Credit Reporting Act (FCRA) and for their Complaint, complain and allege as follows:

### JURISDICTION AND VENUE

1.    This is an action arising under the Fair Debt Collection Practices Act ("FDCPA") and the Fair Credit Reporting Act (FCRA), and  15 U.S.C. § 1592  to obtain monetary civil

Attachment 2

penalties, a permanent injunction, restitution, and other equitable relief for violations of the FDCPA and FCRA, by and against GreenSky Management, LLC; GreenSky, LLC; GreenSky Administrative Services, LLC; and John and Jane Does 1-5; (hereinafter collectively referred to as ("Defendants.").

2.      This Court has jurisdiction over this matter under 28 U.S.C. §§ 1331, 1337(a), 1345, and 1355, and under 15 U.S.C. §§ 45(m)(1)(A) and 1692*l*.

3.      Venue is property in the Idaho District Court since Defendants conduct business within the state of Idaho.

## PLAINTIFFS

4.      This action is brought by Adrian Rita and Jill Phelan-Rita, husband and wife, residents of Boise, Ada County, Idaho, and are "consumers" within the meaning of FDCPA.

## DEFENDANTS

5.      Defendants, and each of them, at all times relevant to this Complaint, have transacted business in the State of Idaho by offering credit services and consumer financing, including to Plaintiffs.   In 2021 the revenue from Defendants' operations are reported to be in excess of $4.28 billion.

6.      Defendants GreenSky is a "debt collector" as defined in U.S.C. § 1692a(6).

7.      Defendants GreenSky are Georgia Limited Liability Companies with principal places of business located at 5565 Glenridge Connector, Suite 700, Atlanta, Georgia.

## COMMERCE

8.      At all times material to this Complaint, Defendants have maintained a substantial course of trade in or affecting commerce, as "commerce" is defined, including conducting business for pecuniary benefit within the state of Idaho and Ada County in particular.

COMPLAINT FOR CIVIL  PENALTIES, INJUNCTIVE RELIEF, PUNITIVE DAMAGES AND
OTHER RELIEF  - Page 2

### COUNT ONE
### DEFENDANTS' BUSINESS PRACTICES

9.     Plaintiffs reassert all of the foregoing paragraphs as if fully set forth herein.

10.     Defendants provide mobile financing applications to merchant vendors throughout the United States, including the State of Idaho.  One such vendor is an entity known as "Cabinets of Boise, LLC, dba Kitchen Tune-Up" operating in Boise, Ada County, Idaho.

11.     Defendants created an account in Plaintiffs' name to finance improvements for home construction of their home in Boise, Ada County, Idaho.

12.     Defendants regularly attempt to collects for such transactions by contacting consumers by telephone, U.S. mail, and other instrumentalities of interest commerce.

13.     In numerous instances, the details of which are outlined in the Declaration of Jill Phelan-Rita filed contemporaneously herewith, Defendants made numerous calls to collect a debt which was disputed and for which Plaintiffs had retained counsel, both of which were known to Defendants.   During each phone call, Plaintiffs stated a desire not to be contacted;  instructed Defendants to contact Plaintiffs' counsel; and notified Defendants the debt was disputed.    In addition, that same information was communicated to GreenSky by Plaintiffs' counsel on October 12, 2021.

14.     Plaintiffs personally informed GreenSkys' agents that they were disputing the debt, that they were represented by counsel and to cease and desist making phone calls to them personally.

15.     Despite such repeated requests to cease and desist by Plaintiffs, GreenSkys' agents made each and every phone call consisting of more than 45 calls which occurred at all hours of the day and night, both and before and after 8:00 am and 9:00 pm local time and after repeated letters to

COMPLAINT FOR CIVIL  PENALTIES, INJUNCTIVE RELIEF, PUNITIVE DAMAGES AND OTHER RELIEF  - Page 3

GreenSky from Plaintiffs' counsel complaining of the continued violations of the FDCPA. *See*

16.     GreenSky continued to call Plaintiffs frequently in an attempt to collect a disputed debt and sent monthly statements to Plaintiffs, even though they were aware the debt was disputed and was the subject of litigation.

17.     In numerous instances, Defendants or their agents who were attempting to collect the debts, represented to Plaintiffs that they would no longer contact them and would take steps to make sure no further phone calls were made. Despite such representations, the harassing phone calls continued for months.  Monthly statements (14 in total) continued to be sent to Plaintiffs.

18.     Plaintiffs' counsel made written demand on GreenSky to cease and desist such action and to cease further communication with Plaintiffs with regard to such debt on numerous occasions.

19.     In each instance, Defendants or their agents, continued to make phone calls to annoy, harass, embarrass and abuse Plaintiffs.   Phone calls were made multiple times per day for extended periods of time and at Plaintiffs' places of employment.

20.     The harassing phone calls continued even after Defendants were advised the calls were inconvenient and at work places which did not allow personal calls.

## COUNT TWO
## DECEPTIVE REPRESENTATIONS ABOUT FUTURE CALLS

21.     Plaintiffs reassert all of the foregoing paragraphs as if fully set forth herein.

22.     In numerous instances, Defendants represented that they would take steps to prevent the placement of calls given that Plaintiffs disputed the debts, had specifically requested no continued communication and advised that they should direct their communications to Plaintiffs' counsel.

23.     In truth and in fact, Defendants took no such action to prevent placement of the calls

COMPLAINT FOR CIVIL  PENALTIES, INJUNCTIVE RELIEF, PUNITIVE DAMAGES AND OTHER RELIEF - Page 4

or to direct communication to Plaintiffs' counsel and the harassment continued.

24.     Defendants' representations as set forth in the preceding paragraphs were and are false or misleading and constitute deceptive acts or practices under the Act.

### COUNT THREEE
### UNALWFUL FAILURE TO CEASE COMUNICATIONS

25.     Plaintiffs reassert all of the foregoing paragraphs as if fully set forth herein.

26.     15 U.S.C. § 1692c governs communication in connection with a debt generally.  The act prohibits communication with the consumer with respect to a debt if the consumer has notified the debt collector in writing that the consumer refused to pay a debt or that the consumer wishes the debt collector to cease further communication.

27.     Through their counsel, Plaintiffs repeatedly communicated those facts and desires in writing.

28.     The Defendants have continued to communicate with and make demand on Plaintiffs in spite of their having both  written and oral communications disputing the debt, requesting no further communication and such instructions and requests were routinely ignored by Defendants.

29.     The acts described above constitute violations of the FDCPA, constitute unfair and deceptive acts and practices for which Plaintiffs seek an injunction an civil penalties in an amount prescribed by the statute, including, at a minimum, $500,000 or 1% of the Defendants' net worth, which according to public filings is $4.28 billion.

### COUNT FOUR
### FAIR CREDIT REPORTING ACT VIOLATIONS

30.     Plaintiffs reassert all of the foregoing paragraphs as if fully set forth herein.

31.     Defendants were aware that Plaintiffs disputed the debt which is the basis of this suit

and that litigation was pending against the underlying service provider. In spite of such knowledge, Defendants falsely reported the debt as delinquent and charged off.

32.     The consequence of such false credit reporting against both of Plaintiffs' credit scores dropped to negative status causing adverse credit ratings.

### OTHER VIOLATIONS

33.     At the same time the above-described harassment was being pursued by GreenSky, they had voluntarily entered into a Consent Order with the Consumer Protection Financial Bureau by Order dated July 12, 2021, for violations of consumer protection statute.

### DAMAGES

34.     Plaintiffs should be awarded damages of $1,000 per each violation consisting of 44 phone calls ($44,000); 14 monthly statements ($14,000); adverse economic impacts from negative creditor reporting $50,000 and attorney fees and costs of $10,000.

35.     Plaintiffs have suffered continued trauma and embarrassment as a result of the Defendants' actions and should be awarded punitive damages in the amount of $300,000.

36.     Defendant's actions were taken willfully and without regard to standard business practice.

37.     Repeated notice to the Defendants yielded no cessation in either the improper collection efforts or the false and misleading credit reporting.

38.     Defendants were sanctioned by the CFBP on July 12, 2021, for consumer protection violations.

39.     Punitive damages should be awarded in an amount sufficient to result in a sea change of business practice and compliance with consumer protection laws.

COMPLAINT FOR CIVIL PENALTIES, INJUNCTIVE RELIEF, PUNITIVE DAMAGES AND OTHER RELIEF - Page 6

40. Defendants last consent order imposed a sanction of $9 million for its intentional bad acts. Such penalty was not enough to voluntarily ensure compliance.

41. Punitive damages, therefor, should be awarded in an amount equal to 10% of Defendants' current net worth, which has been reported to be $4.2 billion. Consequently, damages should be equal to or greater than $420 million.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs requests the Court to use its equitable powers to enforce the statute referenced above in the following manner:

1. Enter judgment against Defendants and in favor or Plaintiffs for each law violation alleged in this Complaint constituting 60 separate violations at $1,000 per violation; and

2. Enter a permanent injunction to prevent future violations of the FDCPA by Defendants; and

3. Enter an order requiring Defendants to remove the negative report issued against Plaintiffs' on any credit reporting agencies to which they report; and

4. Award Plaintiffs' monetary civil penalties for each violation within the past five years preceding the filing of this Complaint of not less than $4,200,000.00; and

5. Award Plaintiffs' costs and attorney fees for the bringing of this action in a minimum amount of $10,000; and

6. For punitive damages in an amount of $420,000,000.00; and

7. Such other and further relief as to this Court may seem just and equitable under the circumstances and in light of the Defendants' repeated and flagrant violations of the

COMPLAINT FOR CIVIL PENALTIES, INJUNCTIVE RELIEF, PUNITIVE DAMAGES AND OTHER RELIEF - Page 7

Consumer Protection Statutes.

Dated this 20th day of December, 2022.

GERY W. EDSON, P.A.,

By /s/ Gery W. Edson
Attorney for Plaintiffs

COMPLAINT FOR CIVIL PENALTIES, INJUNCTIVE RELIEF, PUNITIVE DAMAGES AND
OTHER RELIEF - Page 8

STATE OF IDAHO    )
                  ) .ss
COUNTY OF ADA     )

Jill Marie Phelan-Rita, being first duly sworn upon oath, deposes and states:

That she is one of the Plaintiffs in the above caption action, that she has read the foregoing Complaint, knows the contents thereof, and that the facts therein stated are true and correct to the best of her knowledge and belief.

_____
Jill Marie Phelan-Rita

SUBSCRIBED AND SWORN TO before me this 20th day of December, 2022.

_____
Notary Public for the State of Idaho
Residing at Boise, Idaho
My Commission expires: _____

COMPLAINT FOR CIVIL  PENALTIES, INJUNCTIVE RELIEF, PUNITIVE DAMAGES AND OTHER RELIEF  - Page 9

Electronically Filed
12/21/2022 11:35 AM
Fourth Judicial District, Ada County
Phil McGrane, Clerk of the Court
By: Della Swank, Deputy Clerk

Gery W. Edson
**GERY W. EDSON, P.A.**
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, ID  83701-0448
Telephone:  (208) 345-8700
Fax: (208) 389-9449
Email:  gedson@gedson.com
ID Bar No. 2984
Attorneys for Plaintiffs

Miller, Patrick

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | | |
|---|---|---|
| ADRIAN RITA and JILL PHELAN-RITA, husband and wife, | ) ) ) | Case No.  CV01-22-18942 |
| Plaintiffs, | ) ) ) | SUMMONS |
| vs. | ) ) | |
| GREENSKY MANAGEMENT COMPANY, LLC, a Georgia Limited Liability Company; GREENSKY, LLC,  a Georgia Limited Liability Company;  GREENSKY ADMINISTRATIVE SERVICES, LLC, a Georgia Limited Liability Company; and JOHN and JANE DOES 1-5; | ) ) ) ) ) ) ) | |
| Defendant. | ) ) ) | |

**THE STATE OF IDAHO SENDS GREETINGS TO THE ABOVE NAMED DEFENDANTS:**

YOU ARE HEREBY NOTIFIED that a Complaint has been filed against you in the District Court of the Fourth Judicial District of the State of Idaho in and for the County of Ada, by the above-named Plaintiff and you are hereby directed to file a written Answer or written Motion in defense to the said Complaint within twenty-one (21) days of the service of this Summons; and you are further notified that unless you do so within the time herein specified, the Plaintiff will take judgment against you as prayed in said Complaint. The nature of the claim against you violations of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act.

A copy of the Complaint is served with this Summons.  If you wish to seek the advice of or representation of an attorney, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure, and shall also include:

SUMMONS  - Page 1

Attachment 3

1.    The title and number of this case;

2.    If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim;

3.    Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney;

4.    Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above;

To determine if you must pay a filing fee with your response, contact the Clerk of the above-named Court at the Ada County Courthouse  200 W. Front Street, Boise, Idaho 83702; 208-287-6879.

DATED:   __12/21/2022 11:35 AM__

PHIL McGRANE,
CLERK OF THE COURT

By: _Della Swank_
Deputy Clerk

SUMMONS  - Page 2

## NATIONAL REGISTERED AGENTS, INC.
### SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: Ann Broussard
Greensky, Inc.
5565 GLENRIDGE CONNECTOR STE 700
ATLANTA, GA 30342-4796

SOP Transmittal # **542938457**

Entity Served:  GreenSky, LLC  (Domestic State: GEORGIA)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of GEORGIA on this 30 day of December, 2022. The following is a summary of the document(s) received:

1. **Title of Action:**  ADRIAN RITA and JILL PHELAN-RITA, husband and wife vs. GREENSKY MANAGEMENT COMPANY, LLC

2. **Document(s) Served:**  Other: --

3. **Court of Jurisdiction/Case Number:** None Specified
Case # CV012218942

4. **Amount Claimed, if any:**  N/A

5. **Method of Service:**  Process Server

6. **Date and Time of Receipt:**  12/30/2022 12:02:00 PM CST

7. **Appearance/Answer Date:**  None Specified

8. **Received From:**    None Specified

9. **Carrier Airbill #**

10. **Call Made to:** Not required

11. **Special Comments:**
SOP Papers with Transmittal, via  UPS Next Day Air

Image SOP

Email Notification, Ann Broussard  ann.broussard@greensky.com

Email Notification, Sonia Sorhaindo  sonia.sorhaindo@greensky.com

Email Notification, Steven E. Fox  steve.fox@greensky.com

Email Notification, Liliana Esquivel  liliana.esquivel@greensky.com

**Registered Agent: NATIONAL REGISTERED AGENTS, INC**      CopiesTo:

866-539-8692 - Telephone
770-299-1679 - Fax

ORIGINAL

Attachment 4

Electronically Filed
12/21/2022 1:42 PM
Fourth Judicial District, Ada County
Phil McGrane, Clerk of the Court
By: Cooper Dean, Deputy Clerk

Gery W. Edson
**GERY W. EDSON, P.A.**
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, ID  83701-0448
Telephone: (208) 345-8700
Fax: (208) 389-9449
Email:  gedson@gedson.com
ID Bar No. 2984
Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

|  |  |  |
|---|---|---|
| ADRIAN RITA and JILL PHELAN-RITA, husband and wife, | ) ) ) | Case No. CV01-22-18942 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | EX PARTE MOTION FOR SERVICE OUTSIDE THE |
| GREENSKY MANAGEMENT COMPANY, LLC, a Georgia Limited Liability Company; GREENSKY, LLC, a Georgia Limited Liability Company; GREENSKY ADMINISTRATIVE SERVICES, LLC, a Georgia Limited Liability Company; and JOHN and JANE DOES 1-5; | ) ) ) ) ) ) ) ) | STATE OF IDAHO |
| Defendant. | ) ) ) | |

COMES NOW, the Plaintiffs, by and through their counsel of record, Gery W. Edson, of

the firm Gery W. Edson, P.A., and pursuant to I.R.C.P. 4(e)(1), 4(d), and I.C. §5-515, hereby

makes application to the Court to effect service of the Summons and Complaint outside the State

of Idaho on the above named Defendants, GreenSky Management Company, LLC; GreenSky,

LLC; and GreenSky Administrative Services, LLC.

As set forth in the Complaint on file herein, a cause of action does exist against the

Defendants, who are doing business in the state of Georgia, having transacted business in Idaho.

Further, after a diligent search on the part of the Plaintiffs, it has been determined that the above

named Defendants  service address appears below:

EX PARTE MOTION FOR SERVICE OUTSIDE THE STATE OF IDAHO  - Page 1

**Attachment 5**

Defendant:

> GreenSky Management Company, LLC
> 5565 Glenridge Connector, Suite 700
> Atlanta GA. 30342

Registered Agent:

> National Registered Agents, Inc.
> 289 S. Culver St.
> Lawrenceville, GA. 30046-4805

Defendant:

> GreenSky, LLC
> 5565 Glenridge Connector, Suite 700
> Atlanta GA. 30342

Registered Agent:

> National Registered Agents, Inc.
> 289 S. Culver St.
> Lawrenceville, GA. 30046-4805

Defendant:

> GreenSky Administrative Services, LLC
> 5565 Glenridge Connector, Suite 700
> Atlanta GA. 30342

Registered Agent:

> National Registered Agents, Inc.
> 289 S. Culver St.
> Lawrenceville, GA. 30046-4805

Dated this 21st day of December, 2022.

GERY W. EDSON, P.A.,

By /s/ Gery W. Edson
Gery W. Edson, Attorney for Plaintiffs

EX PARTE MOTION FOR SERVICE OUTSIDE THE STATE OF IDAHO  - Page 2

Filed: 12/27/2022 10:50:04
Fourth Judicial District, Ada County
Phil McGrane, Clerk of the Court
By: Deputy Clerk - May, Bryce

Gery W. Edson
**GERY W. EDSON, P.A.**
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, ID  83701-0448
Telephone: (208) 345-8700
Fax: (208) 389-9449
Email:  gedson@gedson.com
ID Bar No. 2984
Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | | |
|---|---|---|
| ADRIAN RITA and JILL PHELAN-RITA, husband and wife, | ) ) ) | Case No. CV01-22-18942 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | EX PARTE ORDER FOR |
| | ) | SERVICE OUTSIDE THE |
| GREENSKY MANAGEMENT COMPANY, LLC, | ) | STATE OF IDAHO |
| a Georgia Limited Liability Company; | ) | |
| GREENSKY, LLC,  a Georgia Limited Liability | ) | |
| Company;  GREENSKY ADMINISTRATIVE | ) | |
| SERVICES, LLC, a Georgia Limited Liability | ) | |
| Company; and JOHN and JANE DOES 1-5; | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER having come before the Court upon Plaintiff's Ex Parte Motion for
Service Outside the State of Idaho on Defendants, GreenSky Management Company, LLC;
GreenSky, LLC; and GreenSky Administrative Services, LLC; and good cause appearing;

IT IS HEREBY ORDERED that personal service of the Summons and Complaint may be
affected upon the above named Defendants pursuant to I.R.C.P. 4(e)(1), 4(d), and I.C. §5-515,
outside the State of Idaho.

Dated on this day: 12/23/2022 9:47:26 AM

By _____
Patrick J. Miller, District Judge

EX PARTE ORDER FOR SERVICE OUTSIDE THE STATE OF IDAHO  - Page 1

Attachment 6

## CERTIFICATE OF SERVICE

I hereby certify that on this date: _____ 12/27/2022 10:51:17 _____, I caused be served the within and foregoing via iCourt e-Serve, to the following:

Gery W. Edson
GERY W. EDSON, P.A.
P.O. Box 448
Boise, ID 83701
gedson@gedson.com
tfurey@gedson.com
*Counsel for Plaintiff*

_____
Deputy Clerk

EX PARTE ORDER FOR SERVICE OUTSIDE THE STATE OF IDAHO   - Page 2

Electronically Filed
1/20/2023 11:45 AM
Fourth Judicial District, Ada County
Trent Tripple, Clerk of the Court
By: Gena Foley, Deputy Clerk

Kevin A. Griffiths
ISB #8187; kag@sgaidaho.com
SCANLAN GRIFFITHS + ALDRIDGE
913 W. River Street, Suite 310
Boise, Idaho 83702
Telephone (208) 991-1200
Fax (208) 908-0043

*Attorneys for Defendants Greensky Management Company,*
*LLC; Greensky, LLC; and Greensky Administrative*
*Services, LLC*

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

## STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| ADRIAN RITA and JILL PHELAN-RITA, husband and wife,<br><br>          Plaintiffs,<br><br>vs.<br><br>GREENSKY MANAGEMENT COMPANY, LLC, a Georgia Limited Liability Company; GREENSKY, LLC, a Georgia Limited Liability Company; GREENSKY ADMINISTRATIVE SERVICES, LLC, a Georgia Limited Liability Company; and JOHN and JANE DOES 1-5,<br><br>          Defendants. | Case No. CV01-22-18942<br><br><br>**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW Defendants, GreenSky Management Company, LLC; GreenSky, LLC;

and GreenSky Administrative Services, LLC (collectively, GreenSky),[1] by and through

---

[1] GreenSky Management Company, LLC and GreenSky Administrative Services, LLC are improper entities and should not be named as defendants. These entities have no interactions with or responsibilities for any consumer-related issues. The only properly named defendant in this lawsuit is GreenSky, LLC.

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 1**

Attachment 7

undersigned counsel, and for their Answer to Plaintiffs' Complaint (hereinafter "the Complaint"), state as follows:

## JURISDICTION AND VENUE

1.    The allegations in Paragraph 1 call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 1 of the Complaint.

2.    The allegations in Paragraph 2 of the Complaint call for legal conclusions and, therefore, no response is required.

3.    Defendant GreenSky, LLC states that it does not contest venue. The remaining allegations in Paragraph 3 of the Complaint call for legal conclusions and, therefore, no further response is required.

## PLAINTIFFS

4.    With respect to the allegations in Paragraph 4 of the Complaint that "[t]his action is brought by Adrian Rita and Jill Phelan-Rita, husband and wife, residents of Boise, Ada County, Idaho," GreenSky lacks sufficient knowledge to form a belief as to those allegations. The remaining allegations in Paragraph 4 call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all remaining allegations contained in Paragraph 4 of the Complaint.

## DEFENDANTS

5.    With respect to the allegations in Paragraph 5 of the Complaint, Defendant GreenSky, LLC admits that it offers credit services to consumers in the State of Idaho. GreenSky denies all remaining allegations in Paragraph 5 of the Complaint.

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 2**

6.    The allegations in Paragraph 6 of the Complaint call for legal conclusions and, therefore, no response is required.

7.    With respect to the allegations in Paragraph 7 of the Complaint, Defendant GreenSky, LLC admits that it is organized and existing as a limited liability company under the laws of a state other than Idaho. GreenSky denies all remaining allegations in Paragraph 7 of the Complaint.

### COMMERCE

8.    Defendant GreenSky, LLC admits that it has conducted business with consumers in the State of Idaho. GreenSky denies the remaining allegations in Paragraph 8 of the Complaint.

### COUNT ONE: DEFENDANTS' BUSINESS PRACTICES

9.    In response to Paragraph 9 of the Complaint, GreenSky realleges, restates, and reavers its responses in paragraphs 1 through 8 as if fully rewritten herein.

10.    With respect to the allegations in Paragraph 10 of the Complaint, Defendant GreenSky, LLC admits that GreenSky, LLC offers services to various merchants through a mobile device application. Defendants GreenSky Management Company, LLC and GreenSky Administrative Services, LLC deny they offer any services to any merchants. As to the remaining allegations in Paragraph 10 of the Complaint, GreenSky lacks sufficient knowledge to form a belief as to those allegations.

11.    With respect to the allegations in Paragraph 11 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC. As to the remaining allegations in Paragraph 11 of the Complaint, GreenSky lacks sufficient knowledge to form a belief as to those allegations.

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 3**

12.     With respect to the allegations in Paragraph 12 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. As to the remaining allegations in Paragraph 12 of the Complaint, GreenSky lacks sufficient knowledge to form a belief as to those allegations.

13.     With respect to the allegations in Paragraph 13 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 13 of the Complaint.

14.     With respect to the allegations in Paragraph 14 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 14 of the Complaint.

15.     With respect to the allegations in Paragraph 15 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 15 of the Complaint.

16.     With respect to the allegations in Paragraph 16 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 4**

on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 16 of the Complaint.

17.     With respect to the allegations in Paragraph 17 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 17 of the Complaint.

18.     With respect to the allegations in Paragraph 18 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 18 of the Complaint.

19.     With respect to the allegations in Paragraph 19 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 19 of the Complaint.

20.     With respect to the allegations in Paragraph 20 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 20 of the Complaint.

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 5**

## COUNT TWO: DECEPTIVE REPRESENTATIONS ABOUT FUTURE CALLS

21.     In response to Paragraph 21 of the Complaint, GreenSky realleges, restates, and reavers its responses in paragraphs 1 through 20 as if fully rewritten herein.

22.     With respect to the allegations in Paragraph 22 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 22 of the Complaint.

23.     GreenSky denies the allegations in Paragraph 23 of the Complaint.

24.     The allegations in Paragraph 24 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 24 of the Complaint.

## COUNT THREE: UNLAWFUL FAILURE TO CEASE COMMUNICATIONS

25.     In response to Paragraph 25 of the Complaint, GreenSky realleges, restates, and reavers its responses in paragraphs 1 through 24 as if fully rewritten herein.

26.     The allegations in Paragraph 26 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 26 of the Complaint.

27.     GreenSky denies the allegations contained in Paragraph 27 of the Complaint.

28.     GreenSky denies the allegations contained in Paragraph 28 of the Complaint.

29.     The allegations in Paragraph 29 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 29 of the Complaint.

## COUNT FOUR: FAIR CREDIT REPORTING ACT VIOLATIONS

30.    In response to Paragraph 30 of the Complaint, GreenSky realleges, restates, and reavers its responses in paragraphs 1 through 29 as if fully rewritten herein.

31.    GreenSky denies the allegations contained in Paragraph 31 of the Complaint.

32.    GreenSky denies the allegations contained in Paragraph 32 of the Complaint.

## OTHER VIOLATIONS

33.    The allegations in Paragraph 33 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 33 of the Complaint and explicitly denies that any such alleged Consent Order has any bearing or connection with any potential claims, facts, or issues involving Plaintiffs.

## DAMAGES

34.    The allegations in Paragraph 34 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 34 of the Complaint and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

35.    The allegations in Paragraph 35 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 35 of the Complaint and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

36.    The allegations in Paragraph 36 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies

any and all allegations contained in Paragraph 36 of the Complaint and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

37.     The allegations in Paragraph 37 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 37 of the Complaint and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

38.     GreenSky denies the allegations in Paragraph 38 of the Complaint.

39.     The allegations in Paragraph 39 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 39 of the Complaint as they relate to GreenSky and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

40.     The allegations in Paragraph 40 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 40 of the Complaint and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

41.     The allegations in Paragraph 41 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 41 of the Complaint and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

The WHEREFORE paragraph (and subparts) appears to be a request for relief which requires no response of GreenSky. To the extent the WHEREFORE paragraph (and subparts) of the Complaint would require a response, GreenSky therefore denies the same and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 8**

## FIRST DEFENSE

42.     Pursuant to the facts alleged in the Complaint, Plaintiff's claims are barred to the extent that Plaintiffs' damages, if any, were caused by Plaintiffs' own acts, omissions, or negligence, or other acts or omissions of third parties other than GreenSky.

## SECOND DEFENSE

43.     Plaintiffs' Complaint fails to state a claim against GreenSky upon which relief can be granted.

## THIRD DEFENSE

44.     Plaintiff has failed to join a necessary party or parties herein.

## FOURTH DEFENSE

45.     Some or all of Plaintiffs' claims may be barred by the applicable statute of limitations.

## FIFTH DEFENSE

46.     Plaintiffs have failed to mitigate their damages.

## SIXTH DEFENSE

47.     GreenSky is entitled to a setoff for any and all sums received by Plaintiffs.

## SEVENTH DEFENSE

48.     GreenSky is entitled to apportion the negligence and/or fault of any and all parties and nonparties to this action.

## EIGHTH DEFENSE

49.     Plaintiffs' claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 9**

## NINTH DEFENSE

50.     Plaintiffs' claims are barred, in whole or in part, by the doctrine of waiver.

## TENTH DEFENSE

51.     Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

## ELEVENTH DEFENSE

52.     Plaintiffs' claims are barred, in whole or in part, by the doctrine of unjust enrichment.

## TWELFTH DEFENSE

53.     Plaintiffs' claims are barred, in whole or in part, by the doctrine of estoppel, equitable estoppel and/or quasi-estoppel.

## THIRTEENTH DEFENSE

54.     Plaintiffs' claims are barred, in whole or in part, because Plaintiffs consented to allow GreenSky to contact them.

## FOURTEENTH DEFENSE

55.     Plaintiff Adrian Rita's claims are barred, in whole or in part, because he lacks standing and is not a real party in interest in this case.

## RESERVATION OF DEFENSES

56.     GreenSky by virtue of pleading a defense above, does not admit that said defenses are affirmative defenses within the meaning of applicable law, and GreenSky does not thereby assume a burden of proof or production not otherwise imposed upon it as a matter of law. In addition, in asserting any of the above defenses, GreenSky does not admit any fault, responsibility, liability or damage but, to the contrary, expressly denies the same. Discovery has yet to commence, the results of which may disclose the existence of facts supporting further and

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 10**

additional defenses. GreenSky, therefore, reserves the right to seek leave of this Court to amend its Answer to the Complaint as it deems appropriate.

## ATTORNEYS' FEES AND COSTS

57.     GreenSky has been required to retain the services of counsel to defend the allegations of the Complaint and is entitled to recovery of its attorneys' fees and costs incurred in defense of this action pursuant to applicable law, including, but not limited to, Idaho Rule of Civil Procedure 54, Idaho Code § 12-121, and 15 U.S.C. § 1692k.

## DEMAND FOR JURY TRIAL

58.     Pursuant to Idaho Rule of Civil Procedure 38(b), GreenSky hereby demands a trial by jury of not less than six persons on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, having answered and responded to the Complaint, GreenSky prays for relief as follows:

1.     That Plaintiffs take nothing on the claims asserted against GreenSky in their Complaint;

2.     That Plaintiffs' claims asserted in their Complaint against GreenSky be dismissed with prejudice;

3.     That GreenSky be awarded its reasonable attorneys' fees and costs incurred in defense of this matter;

4.     For such other and further relief as this Court deems just and equitable.

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 11**

DATED January 20, 2023.      SCANLAN GRIFFITHS + ALDRIDGE

By     /s/ Kevin A. Griffiths
        Kevin A. Griffiths – Of the Firm

*Attorneys for Defendants Greensky Management Company, LLC; Greensky, LLC; and Greensky Administrative Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2023, I electronically filed the foregoing document using the iCourt E-File system, which sent a Notice of Electronic Filing to the following persons:

Gery W. Edson          ☒   iCourt/Email
GERY W. EDSON, P.A.         gedson@gedson.com
250 South 5th Street, Suite 820
P.O. Box 448
Boise, ID  83701-0448
Telephone: (208) 345-8700
*Attorneys for Plaintiff*

  /s/ Kevin A. Griffiths
Kevin A. Griffiths

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 12**