***CONFIDENTIAL* Case Information Sheet**
Fill out this form to start a **General Civil Law** case.
The information you give us is **private**.

Case Number *(Clerk fills in case #):*

**Exempt from Public Disclosure**

## <u>*DO NOT SERVE THIS DOCUMENT ON OTHER PARTIES*</u>

Complete this form for each of the parties for whom you are submitting this initial pleading.  It is not necessary to provide information about other parties.

The personal identifiers collected by the Court below are collected for the purpose of ensuring that the Court's party records are accurate and to better differentiate individuals or businesses with common names.  It will be used for this purpose alone and will not be disclosed to the public including the parties in the subject lawsuit.

### Information about Party

Name:
*First*        *Middle*        *Last*

Legal name of business entity: Greensky Management Company, LLC., Greensky, LLC,

Any other names used: Greensky Administrative Services, LLC.

Address: 5565 Glenridge Connector Ste. 700      Atlanta      GA      30342-4796
*Street*        *City*        *State*    *Zip*

Mailing Address (*if different*): 913 W. River St. Ste. 310      Boise      ID      83702

Phone numbers: *Home* 208-991-1200      *Work*        *Cell*

Email:

Driver's License:  State        Number        Date of Birth:

If the accompanying pleading is filed on behalf of more than one party, provide information regarding those additional parties below.

### Information about Party

Name:
*First*        *Middle*        *Last*

Legal name of business entity:

Any other names used:

Address:
*Street*        *City*        *State*    *Zip*

Mailing address (*if different*):

Phone numbers: *Home*        *Work*        *Cell*

Email:

Driver's License:  State        Number        Date of Birth:

### <u>*COMPLETE INFORMATION FOR ADDITIONAL PARTIES ON ADDITIONAL PAGE(S) IF NECESSARY*</u>

GENERAL CIVIL CASE INFORM, **Attachment 1**