# Case Information

CV01-22-18942 | Adrian Rita, Jill Phelan Rita Plaintiff, vs. GreenSky Management Company LLC, GreenSky LLC, GreenSky Administrative Services LLC Defendant.

| Case Number | Court | Judicial Officer |
|---|---|---|
| CV01-22-18942 | Ada County District Court | Miller, Patrick |
| File Date | Case Type | Case Status |
| 12/21/2022 | AA- All Initial District Court Filings (Not E, F, and H1) | Active - Pending |

# Party

Plaintiff
Rita, Adrian

Active Attorneys ▾
Lead Attorney
Edson, Gery W.
Retained

Plaintiff
Phelan Rita, Jill

Active Attorneys ▾
Lead Attorney
Edson, Gery W.
Retained

Defendant
GreenSky Management Company LLC

Active Attorneys ▾
Lead Attorney
Griffiths, Kevin Alan
Retained

Defendant
GreenSky LLC

Active Attorneys ▼
Lead Attorney
Griffiths, Kevin Alan
Retained

Defendant
GreenSky Administrative Services LLC

Active Attorneys ▼
Lead Attorney
Griffiths, Kevin Alan
Retained

## Events and Hearings

12/21/2022 New Case - District Civil

12/21/2022 Civil Case Information Sheet

12/21/2022 Complaint Filed ▼

Comment
for Civil Penalties Injunctive Relief Punitive Damages and Other Relief

12/21/2022 Summons Issued ▼

Comment
and Filed

12/21/2022 Motion ▼

Comment
Ex Parte Motion for Service Outside the State of Idaho

12/21/2022 Summons ▼

Unserved

Unserved

Unserved

12/27/2022 Order ▾

    Comment
    Ex Parte Order for Service Outside the State of Idaho

01/20/2023 Answer ▾

    Comment
    to Complaint and Demand for Jury Trial (Griffiths for Defendants)

01/20/2023 Civil Case Information Sheet

# Financial

Rita, Adrian

| | | | | | |
|---|---|---|---|---|---|
| | Total Financial Assessment | | | | $221.00 |
| | Total Payments and Credits | | | | $221.00 |
| 12/21/2022 | Transaction Assessment | | | | $221.00 |
| 12/21/2022 | EFile Payment | Receipt # 107726-2022-R01 | Rita, Adrian | | ($221.00) |

GreenSky Management Company LLC

| | | | | | |
|---|---|---|---|---|---|
| | Total Financial Assessment | | | | $136.00 |
| | Total Payments and Credits | | | | $136.00 |
| 1/23/2023 | Transaction Assessment | | | | $136.00 |
| 1/23/2023 | EFile Payment | Receipt # 05518-2023-R01 | GreenSky Management Company LLC | | ($136.00) |