Gery W. Edson
GERY W. EDSON, P.A.
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, ID 83701-0448
Telephone: (208) 345-8700
Fax: (208) 389-9449
Email: gedson@gedson.com
ID Bar No. 2984
Attorneys for Plaintiffs

Electronically Filed
12/21/2022 11:35 AM
Fourth Judicial District, Ada County
Phil McGrane, Clerk of the Court
By: Dalla Swank, Deputy Clerk

Miller, Patrick

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| ADRIAN RITA and JILL PHELAN-RITA, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENSKY MANAGEMENT COMPANY, LLC, a Georgia Limited Liability Company; GREENSKY, LLC, a Georgia Limited Liability Company; GREENSKY ADMINISTRATIVE SERVICES, LLC, a Georgia Limited Liability Company; and JOHN and JANE DOES 1-5;<br><br>Defendant. | Case No. CV01-22-18942<br><br>SUMMONS |

**THE STATE OF IDAHO SENDS GREETINGS TO THE ABOVE NAMED DEFENDANTS:**

YOU ARE HEREBY NOTIFIED that a Complaint has been filed against you in the District Court of the Fourth Judicial District of the State of Idaho in and for the County of Ada, by the above-named Plaintiff and you are hereby directed to file a written Answer or written Motion in defense to the said Complaint within twenty-one (21) days of the service of this Summons; and you are further notified that unless you do so within the time herein specified, the Plaintiff will take judgment against you as prayed in said Complaint. The nature of the claim against you violations of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act.

A copy of the Complaint is served with this Summons. If you wish to seek the advice of or representation of an attorney, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure, and shall also include:

SUMMONS - Page 1

Attachment 3

1. The title and number of this case;

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim;

3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney;

4. Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above;

To determine if you must pay a filing fee with your response, contact the Clerk of the above-named Court at the Ada County Courthouse 200 W. Front Street, Boise, Idaho 83702; 208-287-6879.

DATED: 12/21/2022 11:35 AM

PHIL McGRANE,
CLERK OF THE COURT

By: _Dilla Swank_
Deputy Clerk

SUMMONS - Page 2