# NATIONAL REGISTERED AGENTS, INC.
## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: Ann Broussard
Greensky, Inc.
5565 GLENRIDGE CONNECTOR STE 700
ATLANTA, GA 30342-4796

SOP Transmittal # 542938457

Entity Served: GreenSky, LLC  (Domestic State: GEORGIA)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of GEORGIA on this 30 day of December, 2022. The following is a summary of the document(s) received:

1. **Title of Action:** ADRIAN RITA and JILL PHELAN-RITA, husband and wife vs. GREENSKY MANAGEMENT COMPANY, LLC

2. **Document(s) Served:** Other: --

3. **Court of Jurisdiction/Case Number:** None Specified
   Case # CV012218942

4. **Amount Claimed, if any:** N/A

5. **Method of Service:** Process Server

6. **Date and Time of Receipt:** 12/30/2022 12:02:00 PM CST

7. **Appearance/Answer Date:** None Specified

8. **Received From:** None Specified

9. **Carrier Airbill #**

10. **Call Made to:** Not required

11. **Special Comments:**
SOP Papers with Transmittal, via UPS Next Day Air

Image SOP

Email Notification, Ann Broussard ann.broussard@greensky.com

Email Notification, Sonia Sorhaindo sonia.sorhaindo@greensky.com

Email Notification, Steven E. Fox steve.fox@greensky.com

Email Notification, Liliana Esquivel liliana.esquivel@greensky.com

Registered Agent: NATIONAL REGISTERED AGENTS, INC        CopiesTo:

866-539-8692 - Telephone
770-299-1679 - Fax

ORIGINAL

Attachment 4