Electronically Filed
12/21/2022 1:42 PM
Fourth Judicial District, Ada County
Phil McGrane, Clerk of the Court
By: Cooper Dean, Deputy Clerk

Gery W. Edson
**GERY W. EDSON, P.A.**
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, ID 83701-0448
Telephone: (208) 345-8700
Fax: (208) 389-9449
Email: gedson@gedson.com
ID Bar No. 2984
Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| ADRIAN RITA and JILL PHELAN-RITA, husband and wife,<br><br>                  Plaintiffs,<br>vs.<br><br>GREENSKY MANAGEMENT COMPANY, LLC, a Georgia Limited Liability Company; GREENSKY, LLC, a Georgia Limited Liability Company; GREENSKY ADMINISTRATIVE SERVICES, LLC, a Georgia Limited Liability Company; and JOHN and JANE DOES 1-5;<br><br>                  Defendant. | Case No. CV01-22-18942<br><br>EX PARTE MOTION FOR SERVICE OUTSIDE THE STATE OF IDAHO |

COMES NOW, the Plaintiffs, by and through their counsel of record, Gery W. Edson, of the firm Gery W. Edson, P.A., and pursuant to I.R.C.P. 4(e)(1), 4(d), and I.C. §5-515, hereby makes application to the Court to effect service of the Summons and Complaint outside the State of Idaho on the above named Defendants, GreenSky Management Company, LLC; GreenSky, LLC; and GreenSky Administrative Services, LLC.

As set forth in the Complaint on file herein, a cause of action does exist against the Defendants, who are doing business in the state of Georgia, having transacted business in Idaho. Further, after a diligent search on the part of the Plaintiffs, it has been determined that the above named Defendants service address appears below:

EX PARTE MOTION FOR SERVICE OUTSIDE THE STATE OF IDAHO - Page 1

**Attachment 5**

Defendant:

>GreenSky Management Company, LLC
>5565 Glenridge Connector, Suite 700
>Atlanta GA. 30342

Registered Agent:

>National Registered Agents, Inc.
>289 S. Culver St.
>Lawrenceville, GA. 30046-4805

Defendant:

>GreenSky, LLC
>5565 Glenridge Connector, Suite 700
>Atlanta GA. 30342

Registered Agent:

>National Registered Agents, Inc.
>289 S. Culver St.
>Lawrenceville, GA. 30046-4805

Defendant:

>GreenSky Administrative Services, LLC
>5565 Glenridge Connector, Suite 700
>Atlanta GA. 30342

Registered Agent:

>National Registered Agents, Inc.
>289 S. Culver St.
>Lawrenceville, GA. 30046-4805

Dated this 21st day of December, 2022.

>GERY W. EDSON, P.A.,
>
>By /s/ Gery W. Edson
>Gery W. Edson, Attorney for Plaintiffs

EX PARTE MOTION FOR SERVICE OUTSIDE THE STATE OF IDAHO  - Page 2