Filed: 12/27/2022 10:50:04
Fourth Judicial District, Ada County
Phil McGrane, Clerk of the Court
By: Deputy Clerk - May, Bryce

Gery W. Edson
**GERY W. EDSON, P.A.**
250 South Fifth Street, Suite 820
P. O. Box 448
Boise, ID 83701-0448
Telephone: (208) 345-8700
Fax: (208) 389-9449
Email: gedson@gedson.com
ID Bar No. 2984
Attorneys for Plaintiffs

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| ADRIAN RITA and JILL PHELAN-RITA, husband and wife, | ) ) ) Case No. CV01-22-18942 |
| Plaintiffs, | ) ) |
| vs. | ) EX PARTE ORDER FOR ) SERVICE OUTSIDE THE |
| GREENSKY MANAGEMENT COMPANY, LLC, a Georgia Limited Liability Company; GREENSKY, LLC, a Georgia Limited Liability Company; GREENSKY ADMINISTRATIVE SERVICES, LLC, a Georgia Limited Liability Company; and JOHN and JANE DOES 1-5; | ) STATE OF IDAHO ) ) ) ) ) ) |
| Defendant. | ) ) |

THIS MATTER having come before the Court upon Plaintiff's Ex Parte Motion for Service Outside the State of Idaho on Defendants, GreenSky Management Company, LLC; GreenSky, LLC; and GreenSky Administrative Services, LLC; and good cause appearing;

IT IS HEREBY ORDERED that personal service of the Summons and Complaint may be affected upon the above named Defendants pursuant to I.R.C.P. 4(e)(1), 4(d), and I.C. §5-515, outside the State of Idaho.

Dated on this day: 12/23/2022 9:47:26 AM

By: _____
Patrick J. Miller, District Judge

EX PARTE ORDER FOR SERVICE OUTSIDE THE STATE OF IDAHO - Page 1

**Attachment 6**

## CERTIFICATE OF SERVICE

I hereby certify that on this date: _____12/27/2022 10:51:17_____, I caused be served the within and foregoing via iCourt e-Serve, to the following:

Gery W. Edson
GERY W. EDSON, P.A.
P.O. Box 448
Boise, ID 83701
gedson@gedson.com
tfurey@gedson.com
*Counsel for Plaintiff*

_____
Deputy Clerk

EX PARTE ORDER FOR SERVICE OUTSIDE THE STATE OF IDAHO  - Page 2