Electronically Filed
1/20/2023 11:45 AM
Fourth Judicial District, Ada County
Trent Tripple, Clerk of the Court
By: Gena Foley, Deputy Clerk

Kevin A. Griffiths
ISB #8187; kag@sgaidaho.com
SCANLAN GRIFFITHS + ALDRIDGE
913 W. River Street, Suite 310
Boise, Idaho 83702
Telephone (208) 991-1200
Fax (208) 908-0043

*Attorneys for Defendants Greensky Management Company,
LLC; Greensky, LLC; and Greensky Administrative
Services, LLC*

### IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

### STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| ADRIAN RITA and JILL PHELAN-RITA, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>GREENSKY MANAGEMENT COMPANY, LLC, a Georgia Limited Liability Company; GREENSKY, LLC, a Georgia Limited Liability Company; GREENSKY ADMINISTRATIVE SERVICES, LLC, a Georgia Limited Liability Company; and JOHN and JANE DOES 1-5,<br><br>    Defendants. | Case No. CV01-22-18942<br><br>**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL** |

COMES NOW Defendants, GreenSky Management Company, LLC; GreenSky, LLC;

and GreenSky Administrative Services, LLC (collectively, GreenSky),[1] by and through

---

[1] GreenSky Management Company, LLC and GreenSky Administrative Services, LLC are improper entities and should not be named as defendants. These entities have no interactions with or responsibilities for any consumer-related issues. The only properly named defendant in this lawsuit is GreenSky, LLC.

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC;
AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES
TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 1**

Attachment 7

undersigned counsel, and for their Answer to Plaintiffs' Complaint (hereinafter "the Complaint"), state as follows:

## JURISDICTION AND VENUE

1.    The allegations in Paragraph 1 call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 1 of the Complaint.

2.    The allegations in Paragraph 2 of the Complaint call for legal conclusions and, therefore, no response is required.

3.    Defendant GreenSky, LLC states that it does not contest venue. The remaining allegations in Paragraph 3 of the Complaint call for legal conclusions and, therefore, no further response is required.

## PLAINTIFFS

4.    With respect to the allegations in Paragraph 4 of the Complaint that "[t]his action is brought by Adrian Rita and Jill Phelan-Rita, husband and wife, residents of Boise, Ada County, Idaho," GreenSky lacks sufficient knowledge to form a belief as to those allegations. The remaining allegations in Paragraph 4 call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all remaining allegations contained in Paragraph 4 of the Complaint.

## DEFENDANTS

5.    With respect to the allegations in Paragraph 5 of the Complaint, Defendant GreenSky, LLC admits that it offers credit services to consumers in the State of Idaho. GreenSky denies all remaining allegations in Paragraph 5 of the Complaint.

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 2**

6.    The allegations in Paragraph 6 of the Complaint call for legal conclusions and, therefore, no response is required.

7.    With respect to the allegations in Paragraph 7 of the Complaint, Defendant GreenSky, LLC admits that it is organized and existing as a limited liability company under the laws of a state other than Idaho. GreenSky denies all remaining allegations in Paragraph 7 of the Complaint.

### COMMERCE

8.    Defendant GreenSky, LLC admits that it has conducted business with consumers in the State of Idaho. GreenSky denies the remaining allegations in Paragraph 8 of the Complaint.

### COUNT ONE: DEFENDANTS' BUSINESS PRACTICES

9.    In response to Paragraph 9 of the Complaint, GreenSky realleges, restates, and reavers its responses in paragraphs 1 through 8 as if fully rewritten herein.

10.    With respect to the allegations in Paragraph 10 of the Complaint, Defendant GreenSky, LLC admits that GreenSky, LLC offers services to various merchants through a mobile device application. Defendants GreenSky Management Company, LLC and GreenSky Administrative Services, LLC deny they offer any services to any merchants. As to the remaining allegations in Paragraph 10 of the Complaint, GreenSky lacks sufficient knowledge to form a belief as to those allegations.

11.    With respect to the allegations in Paragraph 11 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC. As to the remaining allegations in Paragraph 11 of the Complaint, GreenSky lacks sufficient knowledge to form a belief as to those allegations.

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 3**

12.     With respect to the allegations in Paragraph 12 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. As to the remaining allegations in Paragraph 12 of the Complaint, GreenSky lacks sufficient knowledge to form a belief as to those allegations.

13.     With respect to the allegations in Paragraph 13 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 13 of the Complaint.

14.     With respect to the allegations in Paragraph 14 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 14 of the Complaint.

15.     With respect to the allegations in Paragraph 15 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 15 of the Complaint.

16.     With respect to the allegations in Paragraph 16 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 4**

on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 16 of the Complaint.

17. With respect to the allegations in Paragraph 17 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 17 of the Complaint.

18. With respect to the allegations in Paragraph 18 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 18 of the Complaint.

19. With respect to the allegations in Paragraph 19 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 19 of the Complaint.

20. With respect to the allegations in Paragraph 20 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 20 of the Complaint.

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 5**

## COUNT TWO: DECEPTIVE REPRESENTATIONS ABOUT FUTURE CALLS

21.     In response to Paragraph 21 of the Complaint, GreenSky realleges, restates, and reavers its responses in paragraphs 1 through 20 as if fully rewritten herein.

22.     With respect to the allegations in Paragraph 22 of the Complaint, Defendant GreenSky, LLC admits that Plaintiff Jill Marie Phelan-Rita opened an account for a loan which was serviced by GreenSky, LLC, and GreenSky, LLC made various efforts to collect on this loan on behalf of the lender. GreenSky denies the remaining allegations in Paragraph 22 of the Complaint.

23.     GreenSky denies the allegations in Paragraph 23 of the Complaint.

24.     The allegations in Paragraph 24 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 24 of the Complaint.

## COUNT THREE: UNLAWFUL FAILURE TO CEASE COMMUNICATIONS

25.     In response to Paragraph 25 of the Complaint, GreenSky realleges, restates, and reavers its responses in paragraphs 1 through 24 as if fully rewritten herein.

26.     The allegations in Paragraph 26 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 26 of the Complaint.

27.     GreenSky denies the allegations contained in Paragraph 27 of the Complaint.

28.     GreenSky denies the allegations contained in Paragraph 28 of the Complaint.

29.     The allegations in Paragraph 29 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 29 of the Complaint.

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 6**

## COUNT FOUR: FAIR CREDIT REPORTING ACT VIOLATIONS

30.     In response to Paragraph 30 of the Complaint, GreenSky realleges, restates, and reavers its responses in paragraphs 1 through 29 as if fully rewritten herein.

31.     GreenSky denies the allegations contained in Paragraph 31 of the Complaint.

32.     GreenSky denies the allegations contained in Paragraph 32 of the Complaint.

## OTHER VIOLATIONS

33.     The allegations in Paragraph 33 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 33 of the Complaint and explicitly denies that any such alleged Consent Order has any bearing or connection with any potential claims, facts, or issues involving Plaintiffs.

## DAMAGES

34.     The allegations in Paragraph 34 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 34 of the Complaint and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

35.     The allegations in Paragraph 35 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 35 of the Complaint and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

36.     The allegations in Paragraph 36 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 7**

any and all allegations contained in Paragraph 36 of the Complaint and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

37.    The allegations in Paragraph 37 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 37 of the Complaint and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

38.    GreenSky denies the allegations in Paragraph 38 of the Complaint.

39.    The allegations in Paragraph 39 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 39 of the Complaint as they relate to GreenSky and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

40.    The allegations in Paragraph 40 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 40 of the Complaint and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

41.    The allegations in Paragraph 41 of the Complaint call for legal conclusions and, therefore, no response is required. To the extent a response would be required, GreenSky denies any and all allegations contained in Paragraph 41 of the Complaint and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

The WHEREFORE paragraph (and subparts) appears to be a request for relief which requires no response of GreenSky. To the extent the WHEREFORE paragraph (and subparts) of the Complaint would require a response, GreenSky therefore denies the same and explicitly denies that Plaintiffs suffered any damages or that GreenSky is liable to them.

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 8**

## FIRST DEFENSE

42.     Pursuant to the facts alleged in the Complaint, Plaintiff's claims are barred to the extent that Plaintiffs' damages, if any, were caused by Plaintiffs' own acts, omissions, or negligence, or other acts or omissions of third parties other than GreenSky.

## SECOND DEFENSE

43.     Plaintiffs' Complaint fails to state a claim against GreenSky upon which relief can be granted.

## THIRD DEFENSE

44.     Plaintiff has failed to join a necessary party or parties herein.

## FOURTH DEFENSE

45.     Some or all of Plaintiffs' claims may be barred by the applicable statute of limitations.

## FIFTH DEFENSE

46.     Plaintiffs have failed to mitigate their damages.

## SIXTH DEFENSE

47.     GreenSky is entitled to a setoff for any and all sums received by Plaintiffs.

## SEVENTH DEFENSE

48.     GreenSky is entitled to apportion the negligence and/or fault of any and all parties and nonparties to this action.

## EIGHTH DEFENSE

49.     Plaintiffs' claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 9**

## NINTH DEFENSE

50.     Plaintiffs' claims are barred, in whole or in part, by the doctrine of waiver.

## TENTH DEFENSE

51.     Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

## ELEVENTH DEFENSE

52.     Plaintiffs' claims are barred, in whole or in part, by the doctrine of unjust enrichment.

## TWELFTH DEFENSE

53.     Plaintiffs' claims are barred, in whole or in part, by the doctrine of estoppel, equitable estoppel and/or quasi-estoppel.

## THIRTEENTH DEFENSE

54.     Plaintiffs' claims are barred, in whole or in part, because Plaintiffs consented to allow GreenSky to contact them.

## FOURTEENTH DEFENSE

55.     Plaintiff Adrian Rita's claims are barred, in whole or in part, because he lacks standing and is not a real party in interest in this case.

## RESERVATION OF DEFENSES

56.     GreenSky by virtue of pleading a defense above, does not admit that said defenses are affirmative defenses within the meaning of applicable law, and GreenSky does not thereby assume a burden of proof or production not otherwise imposed upon it as a matter of law. In addition, in asserting any of the above defenses, GreenSky does not admit any fault, responsibility, liability or damage but, to the contrary, expressly denies the same. Discovery has yet to commence, the results of which may disclose the existence of facts supporting further and

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 10**

additional defenses. GreenSky, therefore, reserves the right to seek leave of this Court to amend its Answer to the Complaint as it deems appropriate.

### ATTORNEYS' FEES AND COSTS

57.    GreenSky has been required to retain the services of counsel to defend the allegations of the Complaint and is entitled to recovery of its attorneys' fees and costs incurred in defense of this action pursuant to applicable law, including, but not limited to, Idaho Rule of Civil Procedure 54, Idaho Code § 12-121, and 15 U.S.C. § 1692k.

### DEMAND FOR JURY TRIAL

58.    Pursuant to Idaho Rule of Civil Procedure 38(b), GreenSky hereby demands a trial by jury of not less than six persons on all issues so triable.

### PRAYER FOR RELIEF

WHEREFORE, having answered and responded to the Complaint, GreenSky prays for relief as follows:

1.    That Plaintiffs take nothing on the claims asserted against GreenSky in their Complaint;

2.    That Plaintiffs' claims asserted in their Complaint against GreenSky be dismissed with prejudice;

3.    That GreenSky be awarded its reasonable attorneys' fees and costs incurred in defense of this matter;

4.    For such other and further relief as this Court deems just and equitable.

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 11**

DATED January 20, 2023.          SCANLAN GRIFFITHS + ALDRIDGE

By____/s/ Kevin A. Griffiths_____
          Kevin A. Griffiths – Of the Firm

          *Attorneys for Defendants Greensky Management*
          *Company, LLC; Greensky, LLC; and Greensky*
          *Administrative Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2023, I electronically filed the foregoing document using the iCourt E-File system, which sent a Notice of Electronic Filing to the following persons:

Gery W. Edson                              ☒   iCourt/Email
GERY W. EDSON, P.A.                            gedson@gedson.com
250 South 5th Street, Suite 820
P.O. Box 448
Boise, ID  83701-0448
Telephone: (208) 345-8700
*Attorneys for Plaintiff*

 /s/ Kevin A. Griffiths_____
Kevin A. Griffiths

**DEFENDANTS GREENSKY MANAGEMENT COMPANY, LLC; GREENSKY, LLC; AND GREENSKY ADMINISTRATIVE SERVICES, LLC'S ANSWER AND DEFENSES TO PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL – 12**